IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JAMES L. THIBAULT,            )
                              )
            Plaintiff,        )         8:05CV571
                              )
      v.                      )
                              )
MERCK & CO., INC.,            )         ORDER
                              )
            Defendant.        )
_____)
```

      This matter is before the Court on the unopposed motion by defendant (Filing No. 6) to stay all proceedings pending transfer decision by the Judicial Panel on Multidistrict Litigation.  The Court notes plaintiff has no objection to the stay.  Accordingly,

      IT IS ORDERED that defendant's motion to stay is granted; this action is stayed pending transfer of this case to the Judicial Panel on Multidistrict Litigation.

      DATED this 25th day of January, 2006.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court